■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO ORTIZ, Appellant. [617 NYS2d 615] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered on or about December 6, 1991, unanimously affirmed. Motion seeking to enlarge the record is denied. No opinion. Concur—Wallach, J. P., Kupferman, Ross, Asch and Rubin, JJ.